A91A1285, A91A1286. CORIM, INC. v. BELVIN et al.; and vice versa.

(422 SE2d 676)

COOPER, Judge.

The Supreme Court of Georgia in *Crossroads Bank of Ga. v. Corim, Inc.*, 262 Ga. 364 (418 SE2d 601) (1992), having reversed this Court's prior judgments in these cases, 202 Ga. App. 396 (414 SE2d 491) (1991), the judgments of this Court are vacated, and the judgments of the trial court are hereby affirmed.

*Judgments affirmed. Birdsong, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 8, 1992.

*Geiger & Pierce, James N. Geiger,* for appellant.

*Byrd & Anthony, Garland T. Byrd, Walker, Hulbert, Gray & Byrd, David G. Walker, James C. Marshall,* for appellees.

*Martin, Snow, Grant & Napier, Edward J. Harrell,* amicus curiae.